Opinion issued October 13, 2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00859-CV

———————————

IN RE Jose A. perez and nancy c. perez, Relators



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION*

          On
October 10, 2011, relators Jose A. Perez and Nancy C. Perez filed a petition
for writ of mandamus challenging two orders of the trial court.  

          We
deny the petition for writ of mandamus.  

We deny relators’ motion to stay
proceedings in the trial court as moot.  

Per Curiam

 

Panel
consists of Justices Keyes, Higley, and Massengale.

 











*
          The underlying case is Jordan Asha, PLLC d/b/a Clinica San Rafael
v. Jose Perez, No. 2009-42174 in the 80th Judicial District Court of Harris
County, Texas, the Hon. Larry Weiman presiding.